

No. 17–0290/AF. U.S. v. Andrew I. Lutcza. CCA 2016–13. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to April 21, 2017.

No. 17–0291/NA. U.S. v. Darin G. Lopez. CCA 201400373. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to April 21, 2017.

No. 17–0306/AF. U.S. v. Joseph A. Pugh. CCA 2016–11. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to April 27, 2017.

